**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| JESSICA NADEAU, | Case No.: 8:10-cv-01702-JST(RNBx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| vs. | |
| WORLDWIDE RECOVERIES, LLC, | |
| Defendant. | |

Based on Plaintiff's Voluntary Dismissal and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: May 5, 2011

                                          JOSEPHINE STATON TUCKER
                               The Honorable Judge Josephine Staton Tucker
                               United States District Judge